IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER WAYNE SPEARS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-PWG-549-S |
| | ) |
| LEON FORNISS, WARDEN; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) |
| | ) |
| Respondents. | ) |

## AMENDED MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on November 27, 2007 recommending that the petition for writ of habeas corpus be denied. On December 13, 2007 petitioner filed objections to the findings and recommendation. On January 4, 2008 petitioner filed a Motion to Supplement Objections and "Objections to Findings and Recommendations, Supplemental." The Motion to Supplement Objections is **GRANTED**.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, objections and supplemental objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, petitioner's objections and supplemental objections are due to be overruled and the petition for writ of habeas corpus is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 14th day of January, 2008.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE